# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles Guy Garten, | No. CV-13-00227-PHX-ROS |
| Petitioner, | **ORDER** |
| v. | |
| Arizona, State of, et al., | |
| Respondents. | |

Before the Court is a report and recommendation from the Magistrate Judge, (Doc. 18), pursuant to 28 U.S.C. § 636(b)(1)(B) and Rule 72(b)(1), Fed. R. Civ. P. No objection to the report and recommendation was filed and the time for doing so has expired. *See* Fed. R. Civ. P. 72(b)(2).

The court accepts the recommended decision of the United States Magistrate Judge within the meaning of Rule 8(b), Rules Governing § 2254 Cases.

Accordingly,

**IT IS ORDERED** the Second Amended Petition for Writ of Habeas Corpus (Doc. 6) is **DENIED.**

**IT IS FURTHER ORDERED** the Certificate of Appealability and leave to proceed *in forma pauperis* on appeal is **DENIED** because dismissal of the Second Amended Petition is justified by a plain procedural bar and jurists of reason would not find the procedural ruling debatable.

DATED this 10th day of October, 2014.

Honorable Roslyn O. Silver
Senior United States District Judge